**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: September 11, 2015 |
| Court Reporter: Janet Coppock | Time: 35 minutes |
| Probation Officer: n/a | Interpreter: n/a |

---

**CASE NO.  14-CR-00423-PAB-1**

Parties                                    Counsel

**UNITED STATES OF AMERICA,**          Zachary Phillips


         Plaintiff,

vs.

**1.  RYAN APPLEGATE,**                 Gail Johnson


         Defendant.

---

**CHANGE OF PLEA**

---

**10:06 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**Court Exhibit One** - Plea Agreement;  **Court Exhibit Two** - Statement by Defendant in Advance of Plea of Guilty tendered to the Court.

Defendant sworn and answers true name;  Defendant is **40** years old.

Page Two
14-CR-00423-PAB-1
September 11, 2015

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant advised of the potential of long term imprisonment.

Defendant's right to trial to jury and other constitutional rights explained.

Discussion regarding defendant's waiver of certain appellate rights.

Defendant pleads **GUILTY** to count **Two of the Superseding Indictment** and **ADMITS** to the forfeiture count**.**

Court makes the following findings of fact and conclusions of law.

The Court finds that the defendant understands the charge that he has pled guilty to, including the nature, circumstances, factual basis and essential elements of that charge.

The Court finds that the defendant has thoroughly  discussed his Plea Agreement with his attorney.

The Court  finds that the defendant understands each and every term of his  Plea Agreement.

The Court finds that the defendant has  voluntarily, knowingly and intelligently entered a plea of  guilty to Count one of the indictment.

The Court finds that the defendant's plea of guilty is not the result of mistake, misunderstanding, fear, coercion or undo you have influence.

The Court finds that the defendant's plea of guilty is not  result of any promises or representations made to him by anyone, including his own attorney, except as to those matters disclosed here in open court or included in the parties' Plea Agreement.

The Court finds that the defendant understands each of his legal rights in this case including his right to  trial by jury.

The Court finds the defendant understands the maximum sentence of imprisonment, the maximum fine, the terms of supervised release and the special assessment that may be imposed pursuant to his Plea Agreement.

Page Three
14-CR-00423-PAB-1
September 11, 2015

The Court finds that there is a factual basis supporting the defendant's Plea Agreement and finds that the defendant has been represented throughout these proceedings by competent and effective counsel with whom he has no criticism or complaint.

**ORDERED:**  Defendant's plea of **GUILTY** is **ACCEPTED** the defendant is adjudged guilty of the offense(s) he has pled to.

**ORDERED:** Court Exhibits One and Two are **ADMITTED.**

**ORDERED:**  The Court defers approval of the plea agreement pending preparation of the presentence report.

**ORDERED:**  Any pending pretrial motions are deemed **MOOT**.

**ORDERED:**  Sentencing is set for **December 11, 2015 at 1:30 p.m.**

Defendant advised to cooperate with the probation officer in preparation of the presentence report.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:41 a.m.   COURT IN RECESS**

**Total in court time:       35 minutes**

**Hearing concluded**