IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00423-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RYAN APPLEGATE,

        Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 280]. The Court having read said Motion and being fully advised in the premises finds:

1. On September 11, 2015, the United States and defendant Ryan Applegate entered into a Plea Agreement [Docket No. 218] which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

Wherefore, it is

**ORDERED** that defendant's interest in the following:

        a. $9,463.00 in United States Currency;

      b. $1,004.00 in United States Currency;

      c. One Smith & Wesson .40 caliber Semi-Automatic pistol with a magazine and ammunition;

      d. One Harrington and Richardson short-barreled shotgun;

      e. One Glock model 36, .45 caliber semi-automatic pistol;

      f. One Glock model 17, 9mm caliber semi-automatic pistol;

      g. One Smith & Wesson, Colt model 43, .22 caliber revolver;

      h. One Remington model 870, 12 gauge caliber shotgun;

      i. One Remington 12 gauge caliber shotgun;

      j. One Armi-Tanfoglio Guiseppi, .25 caliber semi-automatic pistol; and

      k. One Taurus .357, caliber magnum revolver

is forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is further

**ORDERED** that the United States is directed to seize the property subject to forfeiture and further to make its return as provided by law. It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days and to make its return to this Court that such action has been completed. It is further

**ORDERED** that, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed. It is

further

**ORDERED** that the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1). It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED December 8, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge