IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00423-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RYAN APPLEGATE,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Government's Motion to Dismiss Remaining Counts of the Superseding Indictment as to Ryan Applegate [Docket No. 288]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Remaining Counts of the Superseding Indictment as to Ryan Applegate [Docket No. 288] is granted. Counts One and Three of the Superseding Indictment are dismissed as to defendant Ryan Applegate only.

    DATED December 11, 2015.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              United States District Judge